

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00709-CR

Shareda Hope **RAWLS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7737
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 7, 2024.

_____
Beth Watkins, Justice